Charles S. Price (#6197)
charles.price@mwmf.com
James T. Braselton (# 10788)
jim.braselton@mwmf.com
Tricia Schafer (#18748)
tricia.schafer@mwmf.com
**MARISCAL, WEEKS, McINTYRE**
  **& FRIEDLANDER, P.A.**
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Phone: (602) 285-5000
Fax: (602) 285-5100

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Center for Biological Diversity; Maricopa Audubon Society; and Tucson Audubon Society,<br><br>Plaintiffs,<br><br>v.<br><br>Pinal County; Pinal County Board of Supervisors; Lionel D. Ruiz; Sandie Smith; and David Snider,<br><br>Defendants. | Case No. CV 08-1048-PHX-NVW<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs Center for Biological Diversity, Maricopa Audubon Society, Tucson Audubon Society and Defendants Pinal County, Pinal County Board of Supervisors, Lionel D. Ruiz, Sandie Smith and David Snider, through their undersigned counsel, hereby stipulate and agree to the dismissal, with prejudice, of Plaintiffs' claims against Defendants, each party to bear its own attorneys' fees and costs. Undersigned counsel for the Defendants certifies that Clifford A. Levenson, attorney for the Plaintiffs, has authorized him to sign this Stipulation on his behalf. A form of Order is lodged herewith.

1 | Dated this 9th day of February, 2010.

**MARISCAL, WEEKS, McINTYRE**
**& FRIEDLANDER, P.A.**


By: <u>s/Charles S. Price</u>
    Charles S. Price
    James T. Braselton
    Tricia Schafer
    Attorneys for Defendants


By: <u>s/Clifford Levenson (with permission)</u>
    Clifford Levenson
    Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2010, I electronically transmitted the above document to the Clerk's office using the ECF system for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Clifford Levenson   cliff@legalhelpontheway.com
5119 N. 19th Avenue, Ste. K
Phoenix, Arizona 85015
(602)258-8989 facsimile (602) 544-1900
Attorney for Plaintiffs

s/ Melissa Grass

U:\ATTORNEYS\CSP\Current Cases and OG\PINAL COUNTY 17975-2\CBD v Pinal County\Pleadings\Stipulation for Dismissal.doc